United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN JAVIER AGURTO-CHALEN,<br>"Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:25-cv-00343 |
| WARDEN, EL VALLE DETENTION FACILITY,<br>"Respondent." | § § § | |

## ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 14). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the "Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief" (Dkt. No. 7) is **DISMISSED without prejudice**. Respondent's "Notice to Court and Motion to Dismiss" (Dkt. No. 10) ("MTD")[1] and Petitioner's "Notice of Motion to Enforce Judgment" (Dkt. No. 11) are further **DENIED** as moot. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this September 8, 2026

Rolando Olvera
United States District Judge

[1] Because "only the filing of an answer or motion for summary judgment terminates the [petitioner's] unilateral right to dismiss the action by notice[,]" *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2016), the pending MTD (Dkt. No. 10) has no impact on Petitioner's ability to voluntarily dismiss the action under FED. R. CIV. P. 41(a)(1)(A)(i).